UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:08-0023 |
| v. ) | |
| ) | Judge Nixon |
| OSCAR TOLEDO ) | |

### AGREED ORDER OF DISMISSAL AND RELEASE

It appears to the Court from the signatures below of the defendant, the defendant's attorney, and the attorney for the United States that the parties have agreed that the indictment should be dismissed with prejudice as against the defendant, Oscar Toledo.

The parties and their attorneys further agree that the defendant shall not authorize, file or otherwise pursue any alleged claims he may have against the United States for failure to prosecute him, for a claim that he is a "prevailing party," or any other claims he may have pursuant to Title 18, United States Code, Section 3006A. The parties further agree that the defendant's waiver of these claims is done knowingly, intelligently, and voluntarily.

IT IS SO ORDERED.

_____
JUDGE JOHN T. NIXON
UNITED STATES DISTRICT JUDGE