IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
         )    No. 3-08-00023
v.    )
         )
OSCAR TOLEDO    )

O R D E R

The defendant's motion to release properties serving as security for appearance bond (Docket Entry No. 267) is GRANTED.

The Clerk is directed to release the Deeds of Trust to the defendant's mother's home in Cliffside Park, New Jersey, and his brother's home in North Bergen, New Jersey, listed as #2 and #4 on the attachment to his appearance bond (Docket Entry No. 48-1).

The Clerk shall execute releases of those deeds of trust and/or sign the final pages of the mortgage documents for both properties indicating that the liens in favor of the Clerk are satisfied in full.[1]

Defendant's counsel shall make arrangements to obtain the releases from the Clerk.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The deeds of trust are not filed so the Court is not able to determine what the final pages of the mortgage documents are. The Court suggests that defendant's counsel confer with Ms. LaRhonda Howard to determine what documents the Clerk should execute.