UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | No. 3:08-00023(2) |
| ] | JUDGE NIXON |
| JOSE CLARIOT, et al. ] | |

## AGREED ORDER SETTING
## PRETRIAL MOTIONS HEARINGS FOR JULY 15, 2013

Upon agreement of the parties as evidenced by their signatures below, this Court continues the pretrial motions hearing currently set for July 8, 2013 to July 15, 2013 at 10:00 a.m. The parties are to file an agreed statement by Monday, July 8, 2013, informing this Court what motions are outstanding, if any agreements have been reached, and what motions shall be heard on July 15, 2013.

IT IS SO ORDERED.

Signed this the 26 day of June 2013.

JOHN NIXON, Judge
United States District Court
Middle District of Tennessee